# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

*Michael Valentine Rosi*     v.     *Dora Schriro*

THE HONORABLE JOHN W. SEDWICK          2:06-cv-01920-JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date: May 9, 2007

    Petitioner Rosi filed a petition seeking relief pursuant to 28 U.S.C. § 2254. The parties briefed the matter, and Magistrate Judge Anderson filed a thorough and scholarly report at docket 10 which recommends that this court treat the petition as timely, but deny it on the merits. Rossi filed objections at docket 11. Respondent did not reply.

    This court reviews the recommendation of the magistrate judge pursuant to the following standard: All recommended findings of fact as to which an objection is taken and all recommended conclusions of law are reviewed *de novo*, and recommended findings of fact as to which no objection is made are reviewed for clear error. This court has applied that standard and finds no fault with any of the recommendations. This court adopts the recommended findings of fact and conclusions of law. Contrary to petitioner's objections, there is no error in Judge Anderson's analysis of the *Blakely* and Sixth Amendment issues.

    The petition is **DENIED** on the merits. The Clerk will please enter judgment accordingly.